STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. NICH-
OLAS YANETTI, PLAINTIFF IN ERROR.

Submitted February term, 1924—Decided May 26, 1924.

**Crimes—Carnal Abuse—Fixing Date of Offense.**

In error.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the plaintiff in error, *Ward & McGinnis.*

For the defendant in error, *J. Willard De Yoe,* prosecutor
of the pleas.

PER CURIAM.

The defendant in this case was indicted and convicted for
having on the 1st day of June, 1922, committed upon Anna
Sigismondi, a woman child under the age of 16 years, a car-
nal abuse. The indictment charged the offense as having
been committed on the 1st day of June, 1922. The com-
plaining witness fixed the time, by saying that it was in the
month of June, because it was "summertime." This is the
reason urged why the conviction should be set aside, citing
*State* v. *Sing Lee,* 110 *Atl. Rep.* 113. We think the point
is answered and the case controlled by what we said in the
case of *State* v. *Calabrese,* 2 *N. J. Adv. R.* 588.

The judgment of conviction is affirmed.